**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Parker, | ) | No. CV05-3299-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff, Michael Parker, filed his Civil Rights Complaint on October 19, 2005. On March 22, 2006, the Court issued a screen order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date. On March 27, 2006 Plaintiff's copy of the March 22, 2006 order was returned by the post-office with the notation "Inmate Is No Longer In Custody."

The Magistrate Judge filed his Report and Recommendation on April 11, 2006 recommending that Plaintiff's case be dismissed without prejudice for failure to comply with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona and Rule 41(b), Fed. R. Civ. P. The Court notes that the Plaintiff's copy of the Report and Recommendation has been returned by the post-office with the notation "Inmate Is No Longer In Custody." The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2  as the order of this Court.
3   IT IS FURTHER ORDERED dismissing this case for Plaintiff's failure to comply with
4  Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District
5  of Arizona and Rule 41(b), Fed. R. Civ. P.

7   DATED this 17th day of May, 2006.

_____
Susan R. Bolton
United States District Judge